HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00241-DAD-BAM-6 |
| *Plaintiff,* | |
| vs. | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| REGINA BROOMALL, | |
| *Defendant,* | |

Defendant Regina Broomall, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel.

On December 10, 2020, an Indictment was issued in the above captioned case. Ms. Broomall contacted our office today seeking representation on her federal case.

Ms. Broomall submits the Financial Affidavit as evidence of her inability to retain counsel. Our office has a conflict. Therefore, after reviewing her Financial Affidavit it is respectfully recommended that CJA panel counsel be promptly appointed to assist in advance of Ms. Broomall's arraignment.

DATED: February 11, 2021             */s/ Eric V. Kersten*
                                     ERIC V. KERSTEN
                                     Assistant Federal Defender
                                     Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant Regina Broomall is financially unable to retain counsel, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **February 12, 2021**         /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE