MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
REGINA BROOMALL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-CR-00241-DAD-BAM |
| Plaintiff, | **STIPULATION AND ORDER REGARDING REGINA BROOMALL'S TRAVEL** |
| v. | |
| ROBERT EVERSOLE, et al. | |
| Defendants. | |

## STIPULATION

Defendant Regina Broomall, by her counsel of record Michael McKneely, and the United States of America through its counsel of record Stephanie Stokman, hereby stipulate as follows:

1. By previous order Ms. Broomall has been released on conditions supervised by the Pretrial Services Office ("PTS") for the United States District Court in the Central District of California, where she resides. Among those conditions are participation in a location monitoring program and restriction to her residence "as directed by Supervising Agency."

2. Ms. Broomall now desires to travel with her mother to a family gathering at Lopez Lake Recreation Area in San Luis Obispo County and remain there from June 25, 2021 through June 27, 2021. Ms. Broomall's request to the PTS for authorization to

travel was referred by that agency to this Court.

3. The request for authorization to travel was raised by the defense at the arraignment on May 7, 2021, and the United States was not opposed.

4. By this stipulation, initiated by the defense, the parties stipulate that the Court permit Ms. Broomall to travel with her mother to Lopez Lake in San Luis Obispo County from June 25, 2021 to June 27, 2021. All other conditions will remain in full force and effect.

IT IS SO STIPULATED

DATED: May 11, 2021　　　　　MICHAEL McKNEELY,
　　　　　　　　　　　　　　　CRIMINAL DEFENSE ATTORNEY

　　　　　　　　　　　　　　　By:　s/ Michael McKneely
　　　　　　　　　　　　　　　　　MICHAEL McKNEELY
　　　　　　　　　　　　　　　　　Attorney for Steven Jones

DATED: May 11, 2021　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　By:　s/Stephanie M. Stokman  by authorization
　　　　　　　　　　　　　　　　　STEPHANIE M. STOKMAN
　　　　　　　　　　　　　　　　　Assistant United States Attorney

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court authorizes Regina Broomall to travel with her mother to Lopez Lake from June 25, 2021 to June 27, 2021. All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:　**May 13, 2021**　　　　　／s／ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE