MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
REGINA BROOMALL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   1:20-CR-00241-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER REGARDING REGINA BROOMALL'S TRAVEL** |
| v. | |
| ROBERT EVERSOLE, et al. | |
| Defendants. | |

## STIPULATION

Defendant Regina Broomall, by her counsel of record Michael McKneely, and the United States of America through its counsel of record Stephanie Stokman, hereby stipulate as follows:

1. By previous order Ms. Broomall has been released on conditions supervised by the Pretrial Services Office ("PTS") for the United States District Court in the Central District of California, where she resides. Among those conditions are participation in a location monitoring program and restriction to her residence "as directed by Supervising Agency."

2. Ms. Broomall now desires to travel to the California Regional Convention of Narcotics Anonymous in Bakersfield, California, in the Eastern District, from February 18, 2022 to February 20, 2022. Ms. Broomall's request to the PTS for

1  authorization to travel was referred by that agency to this Court.

2      3.    Ms. Broomall's supervising pretrial services officer, Kevin Young from the
3  Central District of California has indicated that Pretrial Services does not oppose this
4  request.

5      4.    By this stipulation, initiated by the defense, the parties stipulate that the
6  Court permit Ms. Broomall to travel to the California Regional Convention of Narcotics
7  Anonymous in Bakersfield, California, from February 18, 2022 to February 20, 2022. All
8  other conditions will remain in full force and effect.

9      IT IS SO STIPULATED

11  DATED: November 17, 2021    MICHAEL McKNEELY,
    CRIMINAL DEFENSE ATTORNEY

13  By:  s/ Michael McKneely
    MICHAEL McKNEELY
    Attorney for Regina Broomall

15  DATED: November 17, 2021    PHILLIP A. TALBERT
    Acting United States Attorney

17  By:  s/Stephanie M. Stokman  by authorization
    STEPHANIE M. STOKMAN
    Assistant United States Attorney

### FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court authorizes Regina Broomall to travel to the California Regional Convention of Narcotics Anonymous in Bakersfield, California, from February 18, 2022 to February 20, 2022. All other conditions remain in full force and effect.

IT IS SO ORDERED

Dated: 11/18/2021

/s/ Sheila K. Oberto
HON. SHEILA K. OBERTO
United States Magistrate Judge

MICHAEL McKNEELY
CRIMINAL DEFENSE ATTORNEY
2300 TULARE STREET, SUITE 115
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150