MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
REGINA BROOMALL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   1:20-CR-00241-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SENTENCING** |
| v. | |
| ROBERT EVERSOLE, et al. | |
| Defendants. | |

**STIPULATION**

Defendant Regina Broomall, by her counsel of record Michael McKneely, and the United States of America through its counsel of record Stephanie Stokman, hereby stipulate as follows:

1. By previous order Ms. Broomall is scheduled for sentencing on August 22nd, 2022.

2. Ms. Broomall has recently had medical issues for which treatment is ongoing. A continuance of sentencing will permit her to better address those issues.

3. In discussion with the assigned probation officer, a continuance of sentencing will also facilitate the necessary pre-sentence report preparation and permit the officer who interviewed Ms. Broomall to complete the report following a scheduled leave of absence.

4. By this stipulation, the parties stipulate that good cause exists for the Court continue sentencing in this matter to October 17, 2022, or to a date thereafter more convenient for the Court.

IT IS SO STIPULATED

DATED: June 15, 2022            MICHAEL McKNEELY,
                                CRIMINAL DEFENSE ATTORNEY

                                By:  s/ Michael McKneely
                                     MICHAEL McKNEELY
                                     Attorney for Regina Broomall

DATED: June 15, 2022            PHILLIP A. TALBERT
                                United States Attorney

                                By:  s/Stephanie M. Stokman  by authorization
                                     STEPHANIE M. STOKMAN
                                     Assistant United States Attorney

## ORDER

Based upon the stipulation and representations of the parties, the Court finds good cause to vacate the currently scheduled sentencing hearing of August 22nd and resets the sentencing as to defendant Regina Broomall to October 17, 2022 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  **June 15, 2022**

UNITED STATES DISTRICT JUDGE

-2-