MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
REGINA BROOMALL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT EVERSOLE, et al.<br><br>Defendants. | Case No.   1:20-CR-00241-ADA-BAM<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING OF REGINA BROOMALL** |

## STIPULATION

Defendant Regina Broomall, by her counsel of record Michael McKneely, and the United States of America through its counsel of record Stephanie Stokman, hereby stipulate as follows:

1. By previous order Ms. Broomall is scheduled for sentencing on October 17, 2022.

2. Ms. Broomall has recently had medical issues for which treatment is ongoing. Additionally, she is enrolled in the Fall semester at Allan Hancock College. A continuance of sentencing will permit her to better address the medical issues and to complete the semester of college.

3. The probation department does not oppose this continuance.

4. By this stipulation, the parties stipulate that good cause exists for the

Court continue sentencing in this matter to December 19, 2022, or to a date thereafter more convenient for the Court.

    IT IS SO STIPULATED

DATED: September 22, 2022    MICHAEL McKNEELY,
CRIMINAL DEFENSE ATTORNEY

By:  s/ Michael McKneely
    MICHAEL McKNEELY
    Attorney for Regina Broomall

DATED: September 22, 2022    PHILLIP A. TALBERT
United States Attorney

By:  s/Stephanie M. Stokman  by authorization
    STEPHANIE M. STOKMAN
    Assistant United States Attorney

### ORDER

Based upon the stipulation and representations of the parties, the Court finds good cause to vacate the currently scheduled sentencing hearing of October 17, 2022 and resets the sentencing to December 19, 2022 at 8:30 a.m.

IT IS SO ORDERED.

Dated:  September 22, 2022                        
UNITED STATES DISTRICT JUDGE