MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
REGINA BROOMALL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   1:20-CR-00241-ADA-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SENTENCING OF REGINA BROOMALL** |
| v. | |
| ROBERT EVERSOLE, et al. | |
| Defendants. | |

## STIPULATION

Defendant Regina Broomall, by her counsel of record Michael McKneely, and the United States of America through its counsel of record Stephanie Stokman, hereby stipulate as follows:

1. By previous order Ms. Broomall is scheduled for sentencing on December 19, 2022.

2. Ms. Broomall would like to conduct her sentencing hearing in person. The next available date that mutually works for the parties is Monday, February 6, 2023.

3. The probation department does not oppose this continuance.

4. By this stipulation, the parties stipulate that good cause exists for the Court continue sentencing in this matter to February 6, 2023, or to a date thereafter more convenient for the Court.

IT IS SO STIPULATED

DATED: November 28 2022        MICHAEL McKNEELY,
                                CRIMINAL DEFENSE ATTORNEY

                                By:  s/ Michael McKneely
                                     MICHAEL McKNEELY
                                     Attorney for Regina Broomall

DATED: November 28, 2022       PHILLIP A. TALBERT
                                United States Attorney

                                By:  s/Stephanie M. Stokman  by authorization
                                     STEPHANIE M. STOKMAN
                                     Assistant United States Attorney

## ORDER

Based upon the stipulation and representations of the parties, the Court finds good cause to vacate the currently scheduled sentencing hearing of December 19, 2022, and resets the sentencing to February 6, 2023, at 8:30 a.m. in PERSON in courtroom 1.

IT IS SO ORDERED.

Dated:  November 29, 2022

                                UNITED STATES DISTRICT JUDGE