Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
REGINA BROOMALL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-CR-00241-NODJ-BAM |
|---|---|
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL McKNEELY AS ATTORNEY OF RECORD AND ORDER** |
| v. | |
| ROBERT EVERSOLE, et al., | |
| Defendants. | |

TO THE HONORABLE JUDGE AND TO THE UNITED STATES ATTORNEY:

On DECEMBER 10, 2020, Defendant Regina Broomall was indicted on federal charges. CJA Panel Attorney Michael McKneely was appointed as trial counsel to represent Ms. Broomall on February 16, 2021, in her criminal case. Ms. Broomall was sentenced pursuant to a plea agreement on February 6, 2023. The deadline for filing a direct appeal was February 23, 2023. No direct appeal was filed. Ms. Broomall remains out of custody and on probation. The trial phase of Ms. Broomall's criminal case has, therefore, concluded. Having completed his representation of Ms. Broomall, Mr. McKneely now moves to terminate his appointment under the Criminal Justice Act.

Should Ms. Broomall require further legal assistance she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, California 93721, or by telephone at (559) 487-

5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist [him/her].

      Respectfully submitted,

DATED: December 20, 2023        McKNEELY LAW FIRM

                                     By:  s/Michael McKneely
                                              Michael McKneely
                                              Attorneys for Regina Broomall

McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 250
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150

# ORDER

Having reviewed the motion and finding that attorney McKneely has completed the services for which he was appointed, the Court hereby grants Mr. McKneely's request for leave to withdraw as defense counsel in this matter. Should Ms. Broomall seek further legal assistance, she is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, California 93721 or by telephone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the re-appointment of counsel to assist her.

The Clerk of the Court is directed to serve a copy of this order on Ms. Broomall at the following address, and to update the docket to reflect Ms. Broomall's *pro se* status and contact information.

> Regina Broomall
> 1116 W. Williams
> Santa Maria, California 93458

IT IS SO ORDERED.

Dated:   **December 21, 2023**

UNITED STATES DISTRICT JUDGE

McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 250
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150

Motion To Terminate CJA Appointment Of Michael McKneely As Attorney Of Record And Order   -3-